IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JTH TAX, INC., d/b/a LIBERTY TAX SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   No.: 1:13-cv-6923<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR LEAVE TO FILE APPEARANCE AND
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, JTH Tax, Inc., d/b/a Liberty Tax Service, by its attorneys, moves this Court for an extension of time to answer or otherwise plead to the plaintiff's Complaint. In support of this Motion, defendant states as follows:

1. Defendant was served with the Class Action Complaint on or about October 1, 2013. Therefore, defendant's answer or other pleading is due on October 22, 2013.

2. Counsel for defendant requires approximately 28 days in order to properly evaluate the factual and legal claims in this lawsuit, and prepare a response.

3. This is the first request for an extension of time, and no party will be prejudiced by the granting of a brief extension as requested herein.

WHEREFORE, defendant, JTH Tax, Inc., d/b/a Liberty Tax service, prays this Court enter an Order extending the time to answer or otherwise plead to November 19, 2013.

**JTH TAX, INC., d/b/a LIBERTY TAX SERVICE**

By: /s/ Adam J. Glazer
One of Its Attorneys

Adam J. Glazer
Schoenberg Finkel Newman & Rosenberg, LLC
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6101
312/648-2300