# Exhibit

# A

**Richard Goldwasser**

| | |
|---|---|
| **From:** | Alexander Burke [aburke@burkelawllc.com] |
| **Sent:** | Friday, January 03, 2014 12:02 PM |
| **To:** | Adam J. Glazer |
| **Cc:** | Norm Finkel |
| **Subject:** | RE: Martin v. JTH Tax |

Adam,

Following up on these two follow up questions:

1.  Please disclose all third parties that made calls on behalf of Liberty during the class period; and
2.  Provide names and addresses for these companies (the address previously provided for Zee Calls, LLC is a residential address in a Coop building).

We will withdraw the motion once we receive complete information.

Alex

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

**From:** Alexander Burke [mailto:aburke@burkelawllc.com]
**Sent:** Monday, December 30, 2013 1:43 PM
**To:** 'Adam J. Glazer'
**Cc:** 'Norm Finkel'
**Subject:** RE: Martin v. JTH Tax

Adam,

Also, is this the address on the documentation your client has? Please confirm.

While I see that it is the address that the New York Secretary of State has, the address is a residential Coop building. Appears to be a non-current address.

Alex

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288

1/3/2014

(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

**From:** Adam J. Glazer [mailto:adam.glazer@sfnr.com]
**Sent:** Friday, December 27, 2013 5:58 PM
**To:** Alexander Burke
**Cc:** Norm Finkel
**Subject:** RE: Martin v. JTH Tax

I can do no more than tell you that this is who we interacted with. As mentioned, the rest will have to come from them.

As we have agreed, please confirm the withdrawal. Thank you.

**From:** Alexander Burke [mailto:aburke@burkelawllc.com]
**Sent:** Friday, December 27, 2013 5:52 PM
**To:** Adam J. Glazer
**Cc:** Norm Finkel
**Subject:** Re: Martin v. JTH Tax

Please confirm that this is the entity with the call data.

Alex Burke

Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com
(Sent from my handheld)

On Dec 27, 2013, at 5:29 PM, "Adam J. Glazer" <adam.glazer@sfnr.com> wrote:

> The vendor my client used is:
>
> Zee Calls LLC
> 220 Pelham Road 2L
> New Rochelle, NY 10805
>
> Please confirm the withdrawal of your motion next week. Thank you.

**From:** Alexander Burke [mailto:aburke@burkelawllc.com]
**Sent:** Friday, December 27, 2013 5:19 PM
**To:** Adam J. Glazer
**Cc:** Norm Finkel
**Subject:** Re: Martin v. JTH Tax

I suppose all you can do is tell me what you know. But I would have expected that you would know the information requested, based upon our conversations over the past two

months and your assurance that nothing has been destroyed.

Please provide what you know and I will withdraw the motion without prejudice.

Alex Burke

Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com
(Sent from my handheld)

On Dec 27, 2013, at 5:15 PM, "Adam J. Glazer" <adam.glazer@sfnr.com> wrote:

> All that we have is the vendor's contact information.  Any inquiries about
> formats would have to be addressed to the vendor.
>
> ─────────────────────────────
>
> **From:** Alexander Burke [mailto:aburke@burkelawllc.com]
> **Sent:** Friday, December 27, 2013 5:00 PM
> **To:** Adam J. Glazer
> **Cc:** Norm Finkel
> **Subject:** Re: Martin v. JTH Tax
>
> If you produce everything requested in the motion we will withdraw the motion
> without prejudice.
>
> Alex Burke
>
> Burke Law Offices, LLC
> 155 N. Michigan Ave., Suite 9020
> Chicago, IL 60601
> (312) 729-5288
> ABurke@BurkeLawLLC.com
> (Sent from my handheld)
>
> On Dec 27, 2013, at 4:47 PM, "Adam J. Glazer" <adam.glazer@sfnr.com>
> wrote:
>
>> Alex:  We have now had the opportunity to review your
>> motion and discuss it internally.  The holiday spirit apparently
>> prevails.  While we believe we are under no obligation to
>> supplement, if we are willing to do so and furnish the name
>> and address of the 3d-party vendor, are you prepared to
>> withdraw your motion?  We should each make efforts to avoid
>> burdening the court with this dispute.  Please advise.
>>
>> Thanks,
>>
>> **Adam J. Glazer**

**Schoenberg Finkel Newman & Rosenberg, LLC**
**222 S. Riverside Plaza, Ste. 2100**
**Chicago, IL 60606**
**(312)648-2300**
**(312)648-1212 (fax)**
**www.sfnr.com**

*Notice: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.*