**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **NICHOLAS MARTIN on behalf of himself and other similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | No.: 1:13-cv-6923 |
| **JTH TAX, INC., d/b/a LIBERTY TAX SERVICE,** ) ) ) | |
| **Defendant.** ) | |

**NOTICE OF FILING**

TO:  Alexander H. Burke
    Burke Law Offices, LLC
    155 N. Michigan Avenue
    Suite 9020
    Chicago, Illinois 60601

       **PLEASE TAKE NOTICE** that on January 13, 2014, I caused to be filed with the United States District Court, Northern District of Illinois, Eastern Division, the attached *Sworn Statement of Martha O' Gorman,* a copy of which is hereby served upon you.

Norman T. Finkel
Adam J. Glazer
Schoenberg, Finkel, Newman & Rosenberg, LLC
222 S. Riverside Plaza, Ste. 2100
Chicago, IL 60606-6101
(312) 648-2300

## CERTIFICATE OF SERVICE

Adam J. Glazer, an attorney, hereby certifies that he caused a copy of the foregoing *Sworn Statement of Martha O' Gorman* to be sent to the counsel listed below via electronic case filing system (CM/ECF), from 222 South Riverside Plaza at 222 S. Riverside Plaza, Chicago, Illinois on January 13, 2014.

Alexander H. Burke<br>
Burke Law Offices, LLC<br>
155 N. Michigan Avenue<br>
Suite 9020<br>
Chicago, Illinois 60601

/s/ Adam J. Glazer