IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, | ) ) ) | Case No. 1:13-cv-06923 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JTH TAX, INC. d/b/a LIBERTY TAX SERVICE, | ) ) | Hon. Judge Manish S. Shah Hon. Mag. Judge Sheila M. Finnegan |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff Nicholas Martin, by and through his attorneys, respectfully moves this Court, pursuant to Local Rule 7.1, for leave to file a motion in excess of fifteen pages, and in support states as follows:

1. Plaintiff respectfully moves the Court for leave to file plaintiff's motion for attorneys' fees and an incentive award in relation to the class action settlement of this matter in excess of the 15-page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois. Specifically, Plaintiff requests leave to file a total of 18 pages in support of his motion, exclusive of the caption page, tables, signature page, and certificate of service. Plaintiff's motion comports with Local Rule 7.1's requirement that briefs in excess of 15 pages include a table of contents and table of authorities.

2. An enlargement of the page limitation is necessary to allow Plaintiff to fully describe to the Court the factual and legal background supporting the requested fee and incentive award, including in relation to recent case law.

WHEREFORE, Plaintiff Nicholas Martin respectfully requests leave to file his motion for attorneys' fees and an incentive award in excess of fifteen pages, as submitted concurrently herewith.

Dated: July 15, 2015
Respectfully submitted,

NICHOLAS MARTIN, on behalf of himself and others similarly situated

By: __/s/ Daniel J. Marovitch_____
One of Plaintiff's Attorneys

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2015, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

___/s/ Daniel J. Marovitch_____