# Exhibit C

Desiree' Russell
P.O. Box ▮▮▮▮
Houston, TX 77242-0433

August 3, 2015

Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601

Case#: 13-cv-6923

Dear Burke Law Office:

This letter is to object to the Nicolas Martin v. JTH Tax, Inc., 13-CV-6923 (N.D.Ill). I am objecting to the small payout that I am to receive. The payout should be much larger.

Sincerely,

*[signature]*

Desiree' Russell

713-513-0006 Cell

281-857-4476 Home

desiree.h.russell@gmail.com

# Exhibit D

August 19, 2015

Jacquline D. Exum
PO Box ▮
Memphis, TN 38181

Burke Law Offices, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601

      **Re: Nicholas Martin v. JTH Tax, Inc. d/b/a Liberty Tax Service, 13-cv-6923**
      **Subject: Request Response to Demand Letter and Previous Objection to settlement**

Burke Law Offices, LLC:

Please see my objection to the proposed settlement, which I am also sending to the court, your firm, and Ms. Hanson. I have also submitted a timely claim form to stay in the class as required.

With this letter, I am submitting additional documentation regarding the particular loss I suffered for the reasons stated in my previous letter. The enclosed documentation establishes my business relationship to On-Demand, LLC, my tax filings for the years in question, and diminished gross earnings due to Liberty Tax Service's unlawful phone practices.

I understand that each class member is affected in some separate and distinct way, but I feel that based on the volume of lost business I suffered as an Affiliate for Commission Junction, a more appropriate compensation is required.

Please contact me as soon as possible to discuss my proposed settlement amount of $20,000. I can be reached at (901) 433-▮ to discuss the matter. I look forward to hearing from you.


Jacquline Exum
Operations Manager
On-Demand, LLC


cc:
Rebecca R. Hanson
Reedsmith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606


Enclosures

**Enclosures**

1. Motion to Object dated July 28, 2015
2. Letter from Tennessee Department of Revenue for On-Demand LLC
3. Form W-9 for Filing Year 2011
4. Schedule C (Form 1040) for Filing Year 2011
5. On-Demand LLC Financial Statement Dated from Jan. 1, 2012 to Dec. 31, 2012
6. Schedule C-EZ (Form 1040) for Filing Year 2013
7. Schedule SE (Form 1040) for Filing Year 2013
8. Articles of Organization for On-Demand LLC

Jacqueline D. Exum
PO Box ▓▓▓▓
Memphis, TN 38181


U. S. District Court for the Northern District of Illinois
Attn: Judge Shah
Courtroom 1719
219 S. Dearborn St.
Chicago, IL 60604


July 28, 2015

Reference: 13-cv-6923
Subject: Motion to Object

I do not agree with the proposed settlement and I do not feel that the settlement should be approved as proposed.

I feel that the settlement amount is unfair because the impact of the violation impacted some individuals or in my case, a self-employed business owner more than others who may have used their cellular phone for personal reasons only.

I re-call receiving automated calls from Liberty Tax Services on numerous occasions. The calls were from an automated system and they routinely filled my voicemail which resulted in the loss of potential customers as information could not be left for retrieval.

As an Affiliate for Commission Junction, retrieving information from voicemail was vital to financial success and for a great period of time between 2011 and 2012, calls from this automated system was relentless on the various cell numbers the company used which were routed through Ring Central and E-Voice.

I feel that I should receive a more appropriate compensation due to the impact of business operation.

I am requesting that I, as an affected Business Owner receive a settlement of $20,000 under this settlement agreement.

Jacquline Exum,
Operations Manager
On-Demand, LLC


CC:     Burke Law Offices, LLC                     Rebecca R. Hanson
        155 N. Michigan Ave., Suite 9020           JTH Tax, Inc.'s Counsel
        Chicago, IL 60601                          ReedSmith LLP
                                                   10 S. Wacker Drive, 40th Floor
                                                   Chicago, IL 60606

# Exhibit E

**FILED**

JUN 26 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS: COOK COUNTY
------------------------------------------------------------X
NICHOLAS MARTIN, for Himself and Others Similarly ) 13 CV 6923
Situated,
                                                ) DECLARATION
                       Plaintiff                      IN OPPOSITION
                                                      TO SETTLEMENT
     -against-                                        )

JTH TAX INC, d/b/a LIBERTY TAX SERVICE,       )

                     Defendant.
------------------------------------------------------------X

LEWIS C. TAISHOFF, an Attorney-at-Law duly admitted to the Courts of the State of New York and the United States District Courts for the Eastern and Southern District of New York, for himself, makes the following Declaration in Opposition to the proposed Class Action Settlement in the captioned matter.

1. I am in receipt of a document entitled "Notice of Proposed Class Action Settlement," hereinafter the "Notice."

2. The Notice states, in pertinent part, "...you have been identified as someone who likely received one or more of these automated telephone calls."

3. If I did so receive, I have no recollection of receiving any thereof.

4. In any event, I object to the bounty-hunting class actions that are a plague on our profession and our society.

5. For 48 years I have practiced law.

6. I have deplored the crass, money-grubbing practices that have done nothing but grow over those years.

7. Chief Justice Warren Burger put it far better than I can: "we may well be on our way to a society, overrun by hordes of lawyers, hungry as locusts, and brigades of judges in numbers never before contemplated."

8. The words of the Chief Justice have been more than justified.

9. Plaintiffs' counsel are asking for the $1 million.

10. Exactly what have they done to deserve this fee?

11. I have no objection to lawyers making money.

12. For 48 years, I fed, housed, clothed, provided medical attention, and recreational opportunities, to my family, and myself and contributed to charity, solely by virtue of my law license.

13. While I may be flattering myself, I believe I earned every penny.

14. The plaintiff is to receive $20,000 in this settlement.

15. For what? Answering a telephone call?

16. The Notice does not disclose that the payments thereunder are taxable to the recipient, whether or not Form 1099 is issued to them.

WHEREFORE, the proposed settlement should be rejected. I remain in the class, to the extent I am entitled to be a member.

LEWIS C. TAISHOFF (LCT-9308)

New York, NY 10038-4201
Tel. 917-459-
e-mail:
(Signature per Rule 11, FRCP)

To:
Clerk of the Court
US District Court for the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Burke Law Offices, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601

Rebecca R. Hanson
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606

# Exhibit F

**Dennis J. Yoder**



Guys Mills, PA 16327
(814) 724-

Burke Law Offices, LLC
155 N Michigan Ave., Suite 9020
Chicago, IL 60601

June 20, 2015

RE: Case Number 13-cv-6923 Martin vs. JTH Tax, Inc

To Whom it May Concern:

I received noticed of a proposed settlement in the case of *Nicholas Martin vs. JTH Tax, Inc*. I am writing to object to the settlement proposed in this notice. My objections are as follows:

1. I object to the use of coercion that is evidenced by this court case. As a Christian I believe my responsibility is to love those who harm me and do good to those who intentionally misuse me (see the words of Jesus in Matthew 5:38-45).
2. I object to the misuse of our court system by those who desire to waste tax money in order to litigate frivolous and inconsequential cases. The case of an unsolicited phone call to a cell phone, in my opinion, is both a misuse of the resources made available in our federal courts and a waste of limited government funds.
3. I object to the unethical conduct of attorneys who not only agree to represent clients in such frivolous and inconsequential court cases but also collect exorbitant fees upon settlement of such cases, as evidenced by the fact that the attorney's fees in the case referenced in this letter are 1/3 of the proposed settlement, or $1,000,000. As a tax preparer and an enrolled agent who is licensed to represent clients before the Internal Revenue Service, I understand a bit of the temptation to charge exorbitant fees for very limited work, and I resist such extortion as unethical.

For these three reasons, I object to the settlement proposed in the notice I received. I appeal to those involved in bringing this case and the attorneys involved to drop this case without a settlement. If the case is not dropped, I hereby declare my intent to exclude myself from this settlement.

Sincerely,

Dennis J. Yoder
Cellular phone number: 814-724-
Claim ID Number: 0252      & 0309