**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, ) ) ) | Case No. 1:13-CV-06923 |
| Plaintiff, ) | |
| v. ) ) | |
| JTH TAX, INC., d/b/a LIBERTY TAX SERVICE, ) ) ) | |
| Defendant. ) ) | |

**AFFIDAVIT OF KELLY KRATZ**
**WITH RESPECT TO FINAL ACCOUNTING AS OF JUNE 8, 2016**

I, Kelly Kratz, declare as follows:

1.      I am a Principal at Dahl Administration, LLC ("Dahl"), a nationally-recognized firm that has provided notice and claims administration services for class actions involving product liability, insurance, fraud, property, employment and discrimination related claims.  I have experience in all areas of settlement administration including notification, claims processing and distribution.

2.      I am responsible for supervising services provided by Dahl with respect to this action. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3.      I submit this affidavit to confirm that the distribution requirements directed by the Court's Order dated September 23, 2015 have been met and to update the parties and the Court with respect to settlement distribution activities completed by Dahl to date.

4.    On July 17, 2015 in accordance with the Court's Order, defendant JTH Tax, Inc., sent to Dahl the amount of $185,731.00 which was used to provide notice to Class Members and associated business costs.

5.    On October 7, 2015 in accordance with the Court's Order, Dahl received the remaining amount to fund of $2,814,269.00 from defendant JTH Tax, Inc.

6.    As of November 11, 2015, the Qualified Settlement Fund had earned interest in the amount of $141.74.

7.    On November 13, 2015, in accordance with the Court's Order, Dahl issued the following payments from the Settlement Fund account:

| | |
|---|---|
| Class Counsel Attorneys' Fees and Expenses | $1,007,486.15 |
| Named Plaintiff | $10,000.00 |
| Class Member Payments | $1,628,168.60 |
| Dahl Administration Fees | $168,711.50 |
| Total | $2,814,366.25 |

8.    As of June 8, 2016, 2,582 payments remain uncashed with a value of $90,833.50. The deadline to cash these payments was February 29, 2016. The Parties have agreed that the amount equal to the uncashed settlement payments will be made payable to The Electronic Privacy Information Center as *cy pres*.

9.    As of June 8, 2016, the Qualified Settlement Fund has a balance of $44.49. This amount will be made payable to The Electronic Privacy Information Center as *cy pres*.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this ___9th___ day of June, 2016 in Minneapolis, Minnesota.

Kelly Kratz
Principal
Dahl Administration, LLC


Sworn to and Subscribed before me this ___9th___ day of June, 2016.

Notary Public

JOANNA ARTIG
Notary Public
State of Minnesota
My Commission Expires
January 31, 2019