UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Nicholas M Martin
                     Plaintiff,

v.                                  Case No.: 1:13−cv−06923
                                       Honorable Manish S. Shah

JTH Tax, Inc.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2016:

        MINUTE entry before the Honorable Manish S. Shah: The affidavit of final accounting [87] reports that the settlement fund proceeds have been collected, administered, and disbursed per the settlement agreement. No hearing on the accounting is necessary. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.